Case 2:16-cv-02055-AG-JPR   Document 5   Filed 03/24/16   Page 1 of 2   Page ID #:53

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK JESUS ODEN, | ) Case No. C 16-0159 PSG (PR) |
| Petitioner, | ) **ORDER OF TRANSFER** |
| v. | ) |
| CORRECTIONAL OFFICER SOTO, | ) |
| Respondent. | ) |

    Derrick Jesus Oden, a state prisoner proceeding *pro se*, petitions for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.[1] Oden, currently housed at California State Prison, Los Angeles County, appears to seek habeas relief from the execution of his sentence, and also raises a civil rights claim of cruel and unusual punishment. Essentially, Oden is complaining that his classification score is being double-counted, and he is being subjected to double jeopardy and cruel and unusual punishment.

    Los Angeles County lies in the Central District of California. Venue for a habeas action is proper in either the district of confinement or the district of conviction;[2] however, petitions

---

[1] Oden has consented to magistrate judge jurisdiction. *See* Docket No. 1 at 9.

[2] *See* 28 U.S.C. § 2241(d).

challenging the execution of a sentence are preferably heard in the district of confinement.[3] Here, the Central District of California is the district of confinement. In addition, to the extent Oden is raising a civil rights claim, the acts complained of also occurred within the venue of the Central District of California.

Accordingly, this case is TRANSFERRED to the Central District of California.[4] The Clerk shall terminate all pending motions and transfer the entire file to the Central District of California.

IT IS SO ORDERED.

DATED: 3/24/2016

PAUL S. GREWAL
United States Magistrate Judge

---

[3] *See* Habeas L.R. 2254-3(b)(2); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989).

[4] *See* 28 U.S.C. § 1404(a).