# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK JESUS ODEN SR., | ) Case No. CV 16-2055-AG (JPR) |
| Petitioner, | ) |
| v. | ) ORDER ACCEPTING FINDINGS AND ) RECOMMENDATIONS OF U.S. ) MAGISTRATE JUDGE |
| DEBBIE ASUNCION, Warden, | ) |
| Respondent. | ) |

The Court has reviewed the Petition, records on file, and Report and Recommendation of U.S. Magistrate Judge. See 28 U.S.C. § 636. On January 1, 2017, Petitioner filed objections to the R. & R., complaining that the Magistrate Judge reached the merits of his claim even though the California Supreme Court never did. (See Objs. at 2.) In fact, the Magistrate Judge did not consider the merits of Petitioner's claim; rather, she reasoned, correctly, that any such claim must be presented in a civil-rights lawsuit in the Northern District of California. (See R. & R. at 6.) Having considered those portions of the R. & R. to which Petitioner objected, the Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that the Petition is denied and

Judgment be entered dismissing this action without prejudice to its refiling as a civil-rights lawsuit under 42 U.S.C. § 1983 in the Northern District of California.

DATED: 3/18/17

ANDREW GUILFORD
U.S. DISTRICT JUDGE

Presented by:

Jean Rosenbluth
U.S. Magistrate Judge