# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK JESUS ODEN SR., | Case No. CV 16-2055-AG (JPR) |
| Petitioner, | |
| v. | **JUDGMENT** |
| DEBBIE ASUNCION, Warden, | |
| Respondent. | |

Under the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: 3/18/17

ANDREW GUILFORD
U.S. DISTRICT JUDGE